UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-80014-CR-DAMIAN

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ANGEL ALFONSO LEMUS,

      Defendant.

_____/

ORDER ADOPTING REPORT AND RECOMMENDATION FOLLOWING
CHANGE OF PLEA HEARING [ECF NO. 21]

THIS CAUSE came before the Court on Magistrate Judge Bruce E. Reinhart's Report

and Recommendations on Change of Plea, entered on September 30, 2024 [ECF No. 21].

To date, no party has filed an objection, and the time to do so has passed.

THIS COURT has reviewed Judge Reinhart's Report and Recommendations and the

pertinent portions of the record, and, being fully advised, it is

ORDERED AND ADJUDGED that the Report [ECF No. 21] is AFFIRMED AND

ADOPTED, and Defendant, Angel Alfonso Lemus's change of plea is accepted.

A Sentencing Hearing will be set by separate Order.

DONE AND ORDERED in Chambers in the Southern District of Florida, this 17th

day of October, 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
       Magistrate Judge Bruce E. Reinhart